**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2296

THE CIT GROUP/EQUIPMENT FINANCING,
INCORPORATED,

Plaintiff - Appellee,

versus

NABIL J. ASTERBADI,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-93-857-1)

Submitted: March 23, 2005          Decided: April 1, 2005

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dale A. Cooter, COOTER, MANGOLD, TOMPERT & WAYSON, L.L.P.,
Washington, D.C., for Appellant. Steven N. Leitess, Jeremy S.
Friedberg, Andrew L. Cole, LEITESS, LEITESS & FRIEDBERG, P.C.,
Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Nabil J. Asterbadi appeals the district court's order denying his motion for correction of judgment under Fed. R. Civ. P. 60(a). We have reviewed the record and find that the district court did not abuse its discretion by denying the motion. See Kocher v. Dow Chem. Co., 132 F.3d 1225, 1229 (8th Cir. 1997) (stating review standard). Accordingly, we affirm for the reasons stated by the district court. See CIT Group/Equip. Fin., Inc. v. Asterbadi, No. CA-93-857-1 (E.D. Va. filed Sept. 24, 2004 & entered Sept. 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED